John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Brunn W. Roysden III (028698)
roysdenb@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
*Attorneys for Defendant Chase Bank USA, N.A., erroneously sued herein as JP Morgan Chase Bank*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA L. COUNCE (nee TUTTLE), <br><br> Plaintiff, <br><br> vs. <br><br> JP MORGAN CHASE BANK, a corporation of unknown form, <br><br> Defendant. | NO. <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION)** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Chase Bank USA, N.A. ("Chase"), erroneously sued herein as JP Morgan Chase Bank, removes this action, which has been pending as Case No. CV2014-001593 in Maricopa County Superior Court, State of Arizona, to the United States District Court for the District of Arizona. In support of this Notice, Chase states as follows:

1. Patricia L. Counce filed this action on October 27, 2014, designated CV2014-001593 in Maricopa County Superior Court (the "State Court Action").

2. Chase was served on or about November 19, 2014. Removal is timely under 28 U.S.C. § 1446(b) because this Notice is filed within 30 days after receipt by

1  Chase of a copy of the Complaint and within one year of the commencement of the
2  action.

3    3.   This is a civil action over which this Court has original jurisdiction, as it
4  arises under the laws of the United States as provided in 28 U.S.C. § 1331.

5    4.   Specifically, Plaintiffs' Complaint sets forth a cause of action based on the
6  Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

7    5.   Accordingly, this case is removable from state court to this Court on the
8  basis of federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441.

9    6.   Removal to this Court is appropriate, as it is the federal district court
10 "embracing the place where such action is pending." 28 U.S.C. § 1441(a).

11   7.   Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint
12 in the State Court Action is attached hereto as the first document in **Exhibit 1**.

13   8.   Pursuant to 28 U.S.C. § 1446(d), Chase is filing this Notice with this Court
14 and serving a copy of this Notice upon Plaintiffs. In addition, Chase will promptly file a
15 Notice of Filing Notice of Removal, including a copy of this Notice, with the Clerk of the
16 Arizona Superior Court, Maricopa County. A copy of the Notice of Filing Notice of
17 Removal (without exhibits) is attached hereto as **Exhibit 2**.

18   Accordingly, for the foregoing reasons, removal of the State Court Action to this
19 Court is proper.

20   RESPECTFULLY SUBMITTED this 9th day of December, 2014.

21                    BALLARD SPAHR LLP

23                    By: /s/ John G. Kerkorian
                          John G. Kerkorian
24                        Brunn W. Roysden III
                          1 East Washington Street, Suite 2300
25                        Phoenix, AZ 85004-2555
                          *Attorneys for Defendant Chase Bank USA,*
26                        *N.A., erroneously sued herein as*
                          *JP Morgan Chase Bank*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 9th day of December, 2014:

> Kevin Fallon McCarthy
> Amanda Reidel Hough
> McCarthy Law PLC
> 4250 N. Drinkwater Blvd., Ste. 320
> Scottsdale, Arizona  85251

> /s/ Lisa Black

DMWEST #11506632 v1

3