# EXHIBIT 1

MICHAEL K. JEANES
Clerk of the Superior Court
By Shannon LaSpaluto, Deputy
Date 10/27/2014 Time 16:49:30
Description                    Amount
———— CASE# CV2014-001593 ————
CIVIL NEW COMPLAINT            319.00

TOTAL AMOUNT                   319.00
        Receipt# 24109992

**McCarthy LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Amanda Reidel Hough, 030072
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
kevin.mccarthy@mccarthylawyer.com
Attorney for Plaintiff

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN THE COUNTY OF MARICOPA

| | |
|---|---|
| PATRICIA L. COUNCE (nee TUTTLE),<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, a corporation of unknown form,<br><br>Defendant. | Case No. CV2014-001593<br><br>**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT** |

Plaintiff, by and through her attorney undersigned, for her claim against Defendant, hereby alleges as follows:

1.      Plaintiff is, and at all times relevant hereto was, a resident of Maricopa County, and this Court has jurisdiction over the parties and subject matter hereto. Plaintiff is considered a "consumer" under 15 U.S.C. § 1681, the Fair Credit Reporting Act, ("FCRA").

2.      Defendant is, and at all times relevant hereto was, a corporation doing business in Arizona.

3. Jurisdiction is conferred by the FCRA. The claims asserted herein arise under the FCRA.

4.      Venue is proper in this County pursuant to the FCRA. Defendant does business in this County, and issues credit to many people in this County.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.McCARTHYLAWYER.COM

5.      Plaintiff settled a credit account with Defendant at less than the amount owed.

6.      In January 2014, Defendant submitted a tax form 1099-C to the Internal Revenue Service, and sent a copy to Plaintiff, for the difference between the agreed upon amount of the debt Plaintiff paid and the actual amount of the debt that had been owed.

7.      As a result, Plaintiff was forced to pay taxes on the difference, commonly called "the cancelled amount" of the debt.

8.      Nevertheless, Defendant continued to report the debt, for each month thereafter, to all three of the credit reporting bureaus as "charged off", rather than "cancelled", all to Plaintiff's detriment.

9.      On or about September 12, 2014, Plaintiff, by and through counsel, requested Defendant to change the reporting of the debt to all three credit bureaus to accurately reflect the true nature of the debt.

10.     Defendant refused to change the reporting of the debt, all to Plaintiff's detriment.

11.     Each of the three credit reporting bureaus has shown this inaccurate information for the past nine months.

12.     Defendant's refusal to change its credit reporting was willful.

13.     The FCRA provides that any person who willfully fails to comply with any requirement imposed under the FCRA is liable to the consumer for actual damages, or statutory damages of not less than $100.000 and not more than $1,000.00, for each violation of the FCRA.

14.     The FCRA further provides for punitive damages for Defendant's willful misconduct.

15.     The FCRA also provides that the cost of the action together with reasonable attorney fees as determined by the court are recoverable by the Plaintiff.

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Counce v Chase                              2                              Complaint

16.     Plaintiff has been harmed in a manner to be proven in court at the trial of this matter.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.     Actual damages in an amount to be proven at trial.

2.     Statutory damages of $1,000.00 per violation, for nine separate months, at all three credit bureaus, for a total amount of $27,000.00.

3.     Punitive damages for Defendant's willful conduct.

4.     The costs of suit herein.

5.     Reasonable attorney fees as determined by the court.

6.     Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 27th day of October 2014.

MCCARTHY LAW, PLC

By: _____
Kevin Fallon McCarthy, Esq.
Attorney for Defendants

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Counce v Chase                          3                          Complaint

# Superior Court of Arizona
# In Maricopa County

## CV2014-001593

(Please Type or Print)

**Plaintiff's Attorney:**
KEVIN FALLON McCARTHY

**Attorney's Bar Number:** 011017

Plaintiff's Name(s): (List all)
PATRICIA COUNCE (nee TUTTLE)

MICHAEL K. JEANES, CLERK
BY _A LaSpalato_ DEP

FILED
14
OCT 27 PM 4: 44

**Is Interpreter Needed?** ☐ Yes ☒ No

**If yes, what language:** _____

To the best of my knowledge, all information is true and correct.

**Attorney/Pro Per Signature** (If no attorney, YOUR signature)

Plaintiff's Address:
10148 E. PERSHING, SCOTTSDALE, AZ 85260

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List all.)

JP MORGAN CHASE BANK

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:
(if applicable)

☐ Temporary Restraining Order
☐ OSC – Order to Show Cause
☐ Employer Sanction

☐ Provisional Remedy
☐ Election Challenge
☐ Other _____

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES    Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.  ☐ 123 Hospital
☐ 122 Physician D.O  ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f 090213

**150-199  OTHER CIVIL CASE TYPES:**
☐156 Eminent Domain/Condemnation
☐151 Eviction Actions (Forcible and Special Detainers)
☐152 Change of Name
☐153 Transcript of Judgment
☐154 Foreign Judgment
☐158 Quiet Title
☐160 Forfeiture
☐175 Election Challenge
☐179 Employer Sanction Action (A.R.S. §23-212)
☐180 Injunction against Workplace Harassment
☐181 Injunction against Harassment
☐182 Civil Penalty
☐186 Water Rights (Not General Stream Adjudication)
☐187 Real Property
☐Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
☐Minor Abortion (See Juvenile in Maricopa County)
☐Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
☐194-Immigration Enforcement Challenge
   (§§1-501, 1-502, 11-1051)
**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
☐Notice of Appeal pursuant to A.R.S. § 12-904
   (formerly "Administrative Review")
   (Use lower court appeal cover sheet in Maricopa)
☐150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

Case No. _____

☐155 Declaratory Judgment
☐157 Habeas Corpus
☐184 Landlord Tenant Dispute - Other
☐159 Restoration of Civil Rights (Federal)
☐159 Clearance of Records (A.R.S. §13-4051)
☐190 Declaration of Factual Innocence(A.R.S.§12-771)
☐191 Declaration of Factual Improper Party Status
☐193 Vulnerable Adult (A.R.S. §46-451)
☐165 Tribal Judgment
☐167 Structured Settlement (A.R.S. §12-2901)
☐169 Attorney Conservatorships (State Bar)
☐170 Unauthorized Practice of Law (State Bar)
☐171 Out-of-State Deposition for Foreign Jurisdiction
☐172 Secure Attendance of Prisoner
☐173 Assurance of Discontinuance
☐174 In-State Deposition for Foreign Jurisdiction
☐176 Eminent Domain–Light Rail Only
☐177 Interpleader– Automobile Only
☐178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐183 Employment Dispute - Discrimination
☐185 Employment Dispute - Other
☐195(a) Amendment of Marriage License
☐195(b) Amendment of Birth Certificate
☒163 Other
   FCRA VIOLATION _____
   (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)
_____
_____

Additional Defendant(s)
_____
_____

MICHAEL K. JEAHES. CLERK
BY                      DEP
FILED

14 OCT 27 PM 4: 46

**MCCARTHY LAW PLC**

CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Amanda Reidel Hough, 030072
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
kevin.mccarthy@mccarthylawyer.com
Attorney for Plaintiff

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN THE COUNTY OF MARICOPA

| | |
|---|---|
| PATRICIA L. COUNCE (nee TUTTLE), | Case No. CV 2 0 1 4 - 0 0 1 5 9 3 |
| Plaintiff, | **CERTIFICATE OF COMPULSORY ARBITRATION** |
| v. | |
| JP MORGAN CHASE BANK, a corporation of unknown form, | |
| Defendant. | |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees and costs, does not exceed limits set by Local Rule for compulsory arbitration. This case is subject to compulsory arbitration pursuant to Rules 72 through 77 of the Arizona Rules of Civil Procedure.

Dated this 27th day of October, 2014.

McCARTHY LAW PLC

_____
Kevin Fallon McCarthy, Esq.
Attorney for Plaintiff

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Counce v Chase                                    1                                    Arb Cert

McCarthy Law PLC
Kevin Fallon McCarthy
State Bar # 011017
4250 North Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
(480)696-5936
Attorney For The Plaintiff(s)

MICHAEL n. JEANES, CLERK
RECEIVED CCC #8
DOCUMENT REPOSITORY

14 NOV 20 PM 4: 49
FILED
BY H. ROYSTER, DEP

**Lawgistic Partners AZ, LLC** 14626 N 78th Way, Unit A
Scottsdale, AZ 85260
(480) 966-2228

STATE OF ARIZONA

COUNTY OF MARICOPA

In the Superior Court of the State of Arizona In and For
the County of Maricopa 201 West Jefferson, Central
Court Building, Phoenix, AZ 85003

**CASE NO. CV2014-001593**

---

PATRICIA L. COUNCE (nee TUTTLE),
      Plaintiff(s),
vs.

JP MORGAN CHASE BANK, a corporation of
unknown form,
      Defendant(s),

---

**CERTIFICATE OF SERVICE**

ARIZONA             )
MARICOPA         ) ss.

The undersigned, being first duly sworn, states:
That I am fully qualified, pursuant to RCP 4(d), to serve process in this cause:

On 11/19/2014 at 11:25 AM, I served the within **SUMMONS; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT AND CERTIFICATE OF COMPULSORY ARBITRATION** on **JP MORGAN CHASE BANK at C/O CT CORPORATION SYSTEM, STATUTORY AGENT 2390 EAST CAMELBACK ROAD, PHOENIX, AZ 85016** in the manner indicated below:

By delivering a true copy of this process to **GAIL FLOCK, AUTHORIZED REPRESENTATIVE** of the above named corporation/business entity and informing him/her of the contents.

Description: Sex: **FEMALE** Skin: **CAUCASIAN** Hair: **GRAY** Age: 50 Height: **SEATED**

Comments/Prev. Attempts: **BY SERVING JP MORGAN CHASE BANK, BY LEAVING TRUE COPIES OF THE DOCUMENTS WITH GAIL FLOCK, FRONT DESK CLERK, WHO IS AUTHORIZED TO ACCEPT SERVICE AND DID ACCEPT SERVICE ON BEHALF OF CT CORPORATION SYSTEM, STATUTORY AGENT.**

Under penalty of perjury I declare that I have read the foregoing Certificate of Service and that the facts stated in it are true.

Service of Process - Standard      $55.00

**TOTAL:**                **$55.00**

X_____
Olivia Gable #MC-8467, Affiant
Certified in the County of **Maricopa**
Job Number: 326554
Client File: COUNCE.P.11.206
Printed on 11/20/2014

# EXHIBIT 2

John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Brunn W. Roysden III (028698)
roysdenb@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
*Attorneys for Defendant Chase Bank USA,*
*N.A., erroneously sued herein as JP Morgan*
*Chase Bank*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PATRICIA L. COUNCE (nee TUTTLE),<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, a corporation of unknown form,<br><br>Defendant. | NO. CV 2014-001593<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Defendant Chase Bank USA, N.A. ("Chase"), erroneously sued herein as JP Morgan Chase Bank, gives notice that it has removed this action to the United States District Court for the District of Arizona, where the action is now pending.  True and correct copies of the Notice of Removal, Civil Docketing Sheet, and Exhibits are attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1331, the United States District Court has original jurisdiction over this action.  Accordingly, removal is authorized pursuant to 28 U.S.C. § 1441.  Removal was timely pursuant to 28 U.S.C. § 1446(b).

DMWEST #11506225 v1

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:  602.798.5400

1        In filing its Notice of Removal, Chase does not waive any rights or defenses that

2  may be available to it in this action.

3        Pursuant to 28 U.S.C. § 1446(d), the above-captioned action is now removed and

4  all further proceedings in this Court are stayed.

5

6        DATED this 9th day of December, 2014.

7

                                        BALLARD SPAHR LLP

8

9                                       By:  /s/ John G. Kerkorian

10                                          John G. Kerkorian
                                            Brunn W. Roysden III
11                                          1 East Washington Street, Suite 2300
                                            Phoenix, AZ 85004-2555
12                                          *Attorneys for Defendant Chase Bank USA,*
                                            *N.A., erroneously sued herein as JP*
13                                          *Morgan Chase Bank*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of December, 2014, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Superior Court, Maricopa County, for filing using the AZTurboCourt System.


COPY of the foregoing mailed
this same date to:

Kevin Fallon McCarthy
Amanda Reidel Hough
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251


/s/ Lisa Black

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMWEST #11506225 v1

3