John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Brunn W. Roysden III (028698)
roysdenb@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
*Attorneys for Defendant Chase Bank USA, N.A., erroneously sued herein as JP Morgan Chase Bank*

# IN THE UNITED STATED DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA L. COUNCE (nee TUTTLE),<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, a corporation of unknown form,<br><br>Defendant. | NO.: 2:14-CV-02658-DGC<br><br>**NOTICE OF SETTLEMENT** |

Defendant Chase Bank USA, N.A., erroneously sued as JP Morgan Chase Bank, hereby notifies the Court that the parties in the above-referenced matter have reached a complete settlement of all claims in this matter. A stipulation and form of order for dismissal of the case with prejudice will be forthcoming in the next thirty (30) days.

///

///

///

///

DMWEST#11505916

DATED this 18th day of February, 2015.

BALLARD SPAHR LLP


By:     /s/ Brunn W. Roysden, III
John G. Kerkorian
Brunn W. Roysden III
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Defendant Chase Bank USA, N.A., erroneously sued herein as JP Morgan Chase Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants.

/s/ Lisa Black

DMWEST#11505916

2