IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia L. Counce,<br><br>    Plaintiff,<br><br>vs.<br><br>JPMorgan Chase Bank,<br><br>    Defendant. | NO. CV-14-02658-PHX DGC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The court has reviewed the parties' stipulation for dismissal with prejudice. (Doc. 22).

**IT IS ORDERED** that this action, and all claims asserted therein, is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 13th day of March, 2015.

_____
David G. Campbell
United States District Judge